UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA   )  <br>                                                    )  <br>      vs.                                       )     Case No. 2:03-cr-00529-UWC-HGD  <br>                                                    )  <br> JERRY LINDSEY ARTIS           )   | |

**O R D E R**

On June 1, 2005, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. A copy of the report and recommendation mailed to defendant at his last known address was returned to the court. The court subsequently determined that defendant has been transferred and directed the clerk to mail a copy of the report and recommendation to defendant at his new address. On June 29, 2005, defendant filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and defendant's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that defendant's motion for return of property is due to be and hereby is DENIED. It is further ORDERED, ADJUDGED and DECREED that defendant's Motion for Summary Judgment or, in

the Alternative, Motion for Remand for Discovery and Further Proceedings on the Adequacy of Notice is due to be and hereby is DENIED.

Done this 19th day of July, 2005.

_____
U.W. Clemon
Chief United States District Judge